

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2016

No. 04-16-00231-CV

Charles Edward **REED** Jr.; Amos E. Reed III, Individually and as Representative of the Estate of Delores Perrin; Curtis Cullen Smith, Trustee of the Laura Dossett Smith Family Trust; Et al.,
Appellants

v.

**MALTSBERGER/STOREY RANCH, LLC**; Storey Minerals, Ltd.; Tom O. Hanks; Karen R. Hanks; TK Hanks Royalties, LP,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 13-03-00057-CVL
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellants' motion for extension of time to file their reply brief is GRANTED. Appellants' reply brief is due January 13, 2017. No further extensions will be granted.

It is so ORDERED on December 20, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court